UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case No.: __11-46042__ |
| Linda L. McMackin | : | |
| v. | : | Adv. No.: __14-1046__ |
| Dean Topolinski | : | |
| | : | Judge: __GMB__ |
| Debtor (s), | : | |
| _____ | : | Chapter: __7__ |

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Gloria M. Burns_____, United States Bankruptcy Judge.

**Reason for Hearing:**    Status with Regard to Remaining Defendants

**Location of Hearing:**    Courtroom No. __4C__
US Bankruptcy Court
4th & Cooper Sts.
Camden, NJ 08101

**Date and Time:**    _7/15/14 at 2:00 pm_,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    _✔_ ARE REQUIRED    ____ ARE NOT REQUIRED

DATED:    __6/11/2014__    JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __June 11__, 20 __14__ the foregoing notice was served on the following: Atty. for Plaintiff, Atty. for Defendant Dean Topolinski

JAMES J. WALDRON, Clerk

*Last revised 10-15-03 jml*

United States Bankruptcy Court
District of New Jersey

McMackin,
    Plaintiff

Adv. Proc. No. 14-01046-GMB

Goldman Hine, LLP,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: cfowler    Page 1 of 1    Date Rcvd: Jun 11, 2014
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2014.
dft        Dean Topolinski,    15 Stockdale Crescent,    Richmond Hill ON L4C3T1,    CANADA

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft        ABC Corporation 1-3
dft        John Doe 1-3
                                                                                               TOTALS: 2, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2014 at the address(es) listed below:
        Catherine E. Beideman    on behalf of Defendant    Goldman Hine, LLP cebeideman@duanemorris.com
        Inez M. Markovich    on behalf of Defendant Dean    Topolinski imarkovich@andersonkill.com,
         rstratz@andersonkill.com
        Paul Stadler Pflumm    on behalf of Plaintiff Linda L. McMackin ppflumm@mccormicknjlaw.com,
         Ginger@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com
                                                                                                    TOTAL: 3