Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re:  DGI Services, LLC
Debtor

          Case No.: 11–46042–JNP
          Chapter 7

Linda L. McMackin
Plaintiff

v.

Goldman Hine, LLP
Defendant

Adv. Proc. No. 14–01046–JNP          Judge: Jerrold N. Poslusny Jr.

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on March 7, 2016, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 40 – 33
Order on Motion To Withdraw As Attorney Granted. Terminated Inez M. Markovich. (Related Doc # 33). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/7/2016. (cmf)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 7, 2016
JJW: cmf

                                                          James J. Waldron
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

McMackin,
    Plaintiff

Adv. Proc. No. 14-01046-JNP

Goldman Hine, LLP,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 07, 2016
                        Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2016.
dft         Dean Topolinski,    15 Stockdale Crescent,    Richmond Hill ON L4C3T1,    CANADA

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2016                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2016 at the address(es) listed below:
          Catherine B. Heitzenrater    on behalf of Defendant    Goldman Hine, LLP cebeideman@duanemorris.com
          Inez M. Markovich    on behalf of Defendant Dean   Topolinski imarkovich@andersonkill.com,
           rstratz@andersonkill.com
          Paul Stadler Pflumm    on behalf of Plaintiff Linda L. McMackin ppflumm@mccormicknjlaw.com,
           Ginger@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com
           njlaw.com
                                                                                                                                                   TOTAL: 3